**File Hashes for IP Address 73.160.56.190**

**ISP:** Comcast Cable
**Physical Location:** Jersey City, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/04/2015 01:25:25 | 5D9925B0A17192EFD9D65E84FF17CAF42F8F3862 | Cum Inside the Fantasy Suite |
| 04/15/2015 03:09:19 | 35B9318841CB88B87764CECD646FB20E90A56096 | Getting Ready For You |
| 04/14/2015 23:30:16 | 47C13D10391D5B4D6639C460720EF2DA64D30A5B | Take Me Now |
| 04/08/2015 01:37:01 | F30DFC38D86832C2252633A6967287C5ED4F1F53 | A Thought of You Part 2 |
| 04/07/2015 06:47:39 | 0A17A3D52F646DA5D74427550D444603546A08AA | A Thought Of You |
| 03/26/2015 21:20:43 | C84F00BB4B2E5B5228C0F8E5F8F0CE0138C406AE | Shes A Spinner |
| 03/17/2015 02:37:22 | 1F330FA7865B2D2B3F675B6CFF0B2A12651B055E | Alone Is A Dream Left Behind |
| 03/13/2015 12:36:53 | 40BCEFE2D565A88EC033637B117D77F9E7A20158 | Chloe Loves Carl Part 2 |
| 03/10/2015 17:39:38 | F11FAFD02A3B309A2EA2A9B2C805D5B5D8F782F0 | Barely Fits |
| 03/08/2015 03:41:33 | DE24C3F03A30E1E0E3D7A2B66D4885E4A80D7549 | Still Mine |
| 03/05/2015 01:08:50 | 3575AFE77E851F8F55C739E709C0CE8A47E29903 | Lisas Hidden Cam |
| 02/25/2015 22:02:33 | 10638A00080FF333239FF46EF414A4B1B6249C48 | My Naughty Girl |
| 02/10/2015 15:26:59 | 5D7F3D57745367656D4B88D0D17F72C3A28617C5 | Enjoy My Backdoor |
| 02/04/2015 23:57:33 | D2DD338526CE0AC48BB493ED40FBC022DA058FD1 | Deep Blue Passion |
| 02/04/2015 02:18:41 | 15500239961B397F15EB325A5A6B061481766E9A | First Time |
| 02/02/2015 11:40:36 | 601753FA4113C8EADC906C4FB15DB0E8A303CE3F | So Young |
| 02/02/2015 00:43:06 | CB7FE3E87A23E0CF682670DA4502B0400D961B92 | Enjoy the Ride |
| 11/15/2014 18:26:33 | A8EDCCA5C0D4A7401411BEDFC2E27080AF23BCF6 | Spanish Heat |

**Total Statutory Claims Against Defendant: 18**

EXHIBIT A

CNJ392